# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0071. IN THE MATTER OF LAUREN MICAELA TAYLOR.**

Petitioners Elaine Taylor and Lauren Taylor have requested that this court issue mandamus compelling the clerk of the Fulton County Probate Court to transfer the record in appeal number A24D0064 to this court immediately. Given its heavy caseload, the probate court clerk's office has represented that the record in A24D0064 will not be available for transmission to this court for approximately 45 days. Because the grounds for exercising our narrow mandamus jurisdiction have not been demonstrated in this case, the petitioners' request for mandamus is hereby denied. See Court of Appeals Rule 40 (c) (this court's mandamus jurisdiction is narrow and will be exercised sparingly as may be necessary in aid of our jurisdiction or to protect or effectuate our judgments).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/12/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*